IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TOMMY J. KIMBALL,**
**ADC# 164543**                                                                                          **PLAINTIFF**

**V.**                    **CASE NO. 4:21-CV-348-LPR-BD**

**ANDREA CULCLAGER,** *et al*.                                        **DEFENDANTS**

## ORDER

The Court has received a Recommendation for the dismissal of some Defendants. Mr. Kimball has not filed objections, and the time to do so has expired. After a careful and *de novo* review of the Recommendation and the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.[1]

Mr. Kimball's claims against Defendants Culclager, Andrews, Daniels, Starks, Wade, and Branham are DISMISSED, without prejudice. The Clerk is instructed to terminate those individuals as party Defendants.

IT IS SO ORDERED this 28th day of June, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] In addition, the Court notes that the Complaint failed to allege any facts that would support the failure-to-train claim that appears in conclusory fashion at paragraph 26 of the Complaint. Without any such facts, the Complaint does not state a viable failure-to-train claim.