# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**TOMMY J. KIMBALL**  **PLAINTIFF**
**ADC# 164543**

V.    NO. 4:21-cv-00348-LPR-ERE

**ANDREA CULCLAGER,** *et al.*    **DEFENDANTS**

## ORDER

Two summonses issued to Defendant Mona Reap have been returned to the Court unexecuted. *Docs. 12, 16.*

Mr. Kimball is reminded of his responsibility to provide the Court with an address where Defendant Reap can be served with process. *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (explaining that it is the prisoner's responsibility to provide a proper service address for each defendant). Defendant Reap should have been served within 90 days of April 30, 2021, the date Mr. Kimball filed his complaint in this case. FED. R. CIV. P. 4(m). However, the Court will extend the time for service to allow Mr. Kimball an opportunity to provide an address at which service can again be attempted on Defendant Reap.[1]

---

[1] The Court has previously attempted, unsuccessfully, to serve this Defendant though her former employer, the Arkansas Division of Correction (ADC), and at a sealed, last-known address provided by the ADC.

Mr. Kimball has until **November 8, 2021**, to provide a valid service address for Defendant Reap. If he has not provided a valid service address by that date, the Court may dismiss Mr. Kimball's claims against Defendant Reap from this lawsuit.

DATED this 4th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE